District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERARDO SUSANO ANDRADE, | NO. 2:20-cv-00692-MJP |
| Plaintiff, | Stipulated Motion to Extend Deadlines |
| v. | Note on Motion Calendar: September 11, 2020 |
| KENNETH T. CUCCINELLI, *et al.*, | |
| Defendants. | |

The parties, pursuant to Local Rules 10(g), hereby jointly stipulate and move for a one month extension of their initial scheduling deadlines. Dkt. No. 9. The parties submit there is good cause for an extension of these deadlines. The response to the complaint is currently due on October 5, 2020. This extension will allow Defendants to respond to the complaint before engaging in discussions about discovery. The parties also intend to discuss potential resolution of this matter that may avoid the need for further judicial intervention. The current and proposed deadlines are as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| FRCP 26(f) Conference | September 11, 2020 | October 9, 2020 |
| Initial Disclosures | September 18, 2020 | October 16, 2020 |
| Joint Status Report and Discovery Plan | October 5, 2020 | November 2, 2020 |

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-692-MJP
PAGE– 1

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Accordingly, the parties seek a one month extension of their initial scheduling deadlines. Dkt. No. 9.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 11, 2020

*s/ Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: September 11, 2020

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED**. |
| 3 | Dated this 11th day of September, 2020. |

*[Signature]*

Marsha J. Pechman
United States Senior District Judge