District Judge Marsha J. Pechman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERARDO SUSANO ANDRADE,

                          Plaintiff,

        v.

KENNETH T. CUCCINELLI, *et al.*,

                          Defendants.

No. 2:20-cv-00692-MJP

JOINT STIPULATION AND
ORDER HOLDING
CASE IN ABEYANCE

Note on Motion Calendar:
September 30, 2020

        Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application.  Dkt. No. 1.  Defendants have yet to answer the Complaint.

        USCIS sent out a Request for Evidence ("RFE") to Plaintiff.  Plaintiff has until October 30, 2020 to respond.  In order to give Plaintiff sufficient time to respond to the RFE, and USCIS sufficient time to review Plaintiff's responses, the parties, through their counsel, jointly request that the Court hold this matter in abeyance for a period not to exceed 90 days.  The parties agree that this is an acceptable timeframe, and recognize the possibility that this process may moot Plaintiff's claims.

        Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report within 90 days after entry of the proposed Order.

//

//

STIPULATION AND ORDER HOLDING CASE IN ABEYANCE
2:20-cv-692-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3   DATED: September 30, 2020 _____        *s/ Alexandra Lozano* _____
                                            ALEXANDRA LOZANO, WSBA #40478
4                                           Alexandra Lozano Immigration Law
                                            16400 Southcenter Pkwy., Suite 410
5                                           Tukwila, WA 98188
                                            Phone: 206-406-3068
6                                           Fax: 206-494-7775
                                            Email: Alexandra@abogadaalexandra.com
7

8                                           *Attorney for Plaintiff*

9

10  DATED: September 30, 2020 _____        *s/ Michelle R. Lambert* _____
                                            MICHELLE LAMBERT, NYS #4666657
11                                          Assistant United States Attorney
                                            United States Attorney's Office
12                                          1201 Pacific Ave, Suite 700
                                            Tacoma, WA 98402
13                                          Phone: (253) 428-3824
                                            Email: michelle.lambert@usdoj.gov
14
                                            *Attorney for Defendants*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## **ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 90 days from the date of this Order, and the parties shall file a Joint Status Report with the Court on or before the conclusion of the 90-day period.

Dated this 2nd day of October, 2020.

MARSHA J. PECHMAN
United States District Court Judge

STIPULATION AND ORDER HOLDING CASE IN ABEYANCE
2:20-cv-692-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970