District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERARDO SUSANO ANDRADE,<br><br>                    Plaintiff,<br>         v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>                    Defendants. | No. 2:20-cv-00692-MJP<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Note on Motion Calendar: December 23, 2020 |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application. Dkt. No. 1. On December 17, 2020, Defendant USCIS denied Plaintiff Gerardo Susano Andrade's I-485 application. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

//

//

//

//

//

STIPULATION MOTION TO DISMISS AND ORDER
2:20-cv-692-MLP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 23, 2020

*s/ Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: December 23, 2020

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

STIPULATION MOTION TO DISMISS AND ORDER
2:20-cv-692-MLP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

Dated this 23rd day of December, 2020.

_____
MARSHA J. PECHMAN
United States District Court Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-692-MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970